FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 MAY 31 PM 2: 42
CLERK_____
SO. DIST. OF GA.

DAVID THOMAS JONES, )
)
    Petitioner, )
)
v. ) Case No. CV410-039
)
DANNIE THOMPSON, )
)
    Respondent. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 31st day of May, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA